1  Gavril T. Gabriel [SBN: 296433]
2  Athina Kotsia [SBN: 330608]
   Nikolaos Kefallonitis, [SBN: 343734]
3  LAW OFFICES OF GAVRIL T. GABRIEL
   8255 Firestone Blvd., Suite 209
4  Downey, California 90241

5  Phone: (562) 758-8210
   Fax: (562) 758-8219
6  Email: GGabriel@GTGLaw.Org
          AKotsia@GTGLaw.Org
7         NKefallonitis@GTGLaw.Org

8  Attorneys for PLAINTIFF,
   Efren Gutierrez
9

                UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11

12  EFREN GUTIERREZ, an individual,   Case No.: 2:22-cv-06945-MFW (MAAx)
13       Plaintiff,
14                                    **AMENDMENT TO FIRST AMENDED COMPLAINT NAMING DOE 1**
         v.
15

16  GRAPHIC PACKAGING
    INTERNATIONAL, LLC, a Delaware
17  Limited Liability Company; and DOES 1
    through 10, inclusive,            **Complaint Filed: August 24, 2022**
18                                    **FAC Filed: October 20, 2022**
         Defendants.                  **Trial Date:  April 16, 2024**
19

20

21      Upon the filing of the complaint, Plaintiff being ignorant of the true names of the

22  following defendants and having designated the defendants in the First Amended Complaint by

23  fictitious names, hereby identifies them by their true names as follows:

24

25              **DOE 1: GPI CONVERTING, LLC**

26

27

28
                                    -1-
            AMENDMENT TO FIRST AMENDED COMPLAINT NAMING DOE 1

| | |
|---|---|
| DATED: January 20, 2023 | LAW OFFICES OF GAVRIL T. GABRIEL<br><br>By: _AKotsia_____<br>Gavril T. Gabriel, Esq.<br>Athina Kotsia, Esq.<br>Nikolaos Kefallonitis, Esq.<br>Attorneys for Plaintiff, Efren Gutierrez |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Stephanie Barcelo, am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is:

8255 Firestone Blvd., Suite 209
Downey, CA 90241

On January 27, 2023, I served the foregoing document described as:

**AMENDMENT TO FIRST AMENDED COMPLAINT NAMNG DOE 1**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelope(s), at Downey, California, addressed as follows:

| | |
|---|---|
| GREIF, INC.<br>425 Winter Rd.<br>Delaware, OH 43105 | Carauster Custom Packaging Group, Inc.<br>5000 Austell-Powder Springs Road<br>Austell, GA 30106 |
| Danielle Hultenius Moore<br>Ariella T. Onyeama<br>Chase P. Parongao<br>FISHER & PHILLIPS LLP<br>4747 Executive Drive, Suite 1000 San Diego, California 92121 | GPI Converting, LLC<br>1500 Rideredge Pkwy Suite 100<br>Atlanta, GA 30328 |

*Counsel for Defendant Graphic Packaging, LLC*

[X] **BY REGULAR MAIL**: I deposited such envelope in the mail at Downey, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Downey, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT DELIVERY** - I deposited such envelope for collection and delivery by _____Fed Ex_____, with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by ___Fed Ex___. They are deposited with a facility regularly maintained by ___Fed Ex___ for receipt on the same day in the ordinary course of business.

[X] **BY ELECTRONIC TRANSMISSION**: Pursuant to an agreement between the parties to accept service via electronic transmission, I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[X] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 27, 2023, at Downey, California.

Stephanie Barcelo

**PROOF OF SERVICE**