JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN GUTIERREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRAPHIC PACKAGING INTERNATIONAL, LLC, a Delaware Limited Liability Company, CARAUSTAR CUSTOM PACKAGING GROUP, INC., a Delaware corporation, GREIF, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. CV 22-06945-MWF (MAAx)**<br><br>The Honorable Michael W. Fitzgerald, United States District Judge<br><br>**JUDGMENT** |

On August 8, 2024, this Court granted summary judgment in favor of Defendant Graphic Packaging International, LLC and Defendant Greif, Inc. on all claims brought against them.  Defendant Caraustar Custom Packaging Group, Inc. did not appear in the action, but Plaintiff Efren Gutierrez has since dismissed his claims against that Defendant.  (Docket No. 73).  Therefore, **IT IS HEREBY ORDERED,**

**ADJUDGED, AND DECREED** as follows:

1. Judgment is entered in favor of Defendant Graphic Packaging International, LLC and Plaintiff Efren Gutierrez shall take nothing.
2. Judgment is entered in favor of Defendant Greif, Inc. and Plaintiff Efren Gutierrez shall take nothing.
3. Defendant Graphic Packaging International, LLC and Defendant Greif, Inc. shall recover their respective costs as provided by law.

Dated: June 16, 2025.

_____
MICHAEL W. FITZGERALD
United States District Judge